Case 2:11-cv-00769-PM-KK   Document 8   Filed 10/31/11   Page 1 of 1 PageID #: 50

RECEIVED
IN LAKE CHARLES, LA

OCT 31 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| COLIN LUDLOW MASSIAS<br>BOP #91752-071<br>VS. | CIVIL ACTION NO. 2:11-cv-769<br><br>SECTION P<br><br>JUDGE MINALDI |
| J.P. YOUNG, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 28 day of October, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE